# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1204. LEON PUGH v. THE OLDE PINK HOUSE RESTAURANT.**

Leon Pugh filed a notice of direct appeal from a superior court order affirming a decision of the Georgia Department of Labor concerning his application for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure.[1]  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Accordingly, we lack jurisdiction over this direct appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Pugh also filed an application for discretionary review from the same order. See A12D0037.  That application was dismissed as untimely on October 7, 2011.